IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE:<br>Estate of Bennie P. Farren | § | No. 411, 2016 |
| PATRICIA A. MCGLAUGHLIN,<br>as Successor Trustee of the<br>Hercules Living Trust and<br>Beneficiary of the Hercules<br>Living Trust, | § | |
| Petitioner Below,<br>Appellant, | § | |
| v. | § | |
| ANDREW P. FARREN,<br>as Executor of the Estate of<br>Bennie P. Farren under the Will of<br>Bennie P. Farren, and in his<br>individual capacity, | § | |
| Respondent Below,<br>Appellee. | § | |

Submitted: February 15, 2017
Decided: February 23, 2017

## ORDER

Before **HOLLAND**, **VALIHURA**, and **SEITZ**, Justices.

This 23rd day of February, 2017, having considered this matter on the briefs filed by the parties and after oral argument, the Court has concluded that the final judgment of the Court of Chancery should be affirmed for the reasons stated in its

January 19, 2016 opinion, February 12, 2016 order, July 13, 2016 order, and its August 5, 2016 order.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

_____
Justice